

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

State Board of Barber Examiners
202 Brueggerhoff Building
Austin, Texas

Dear Sir:

Attention: Mr. C. B. LaGrone

Opinion No. O-2989
Re: Where a registered barber,
or a registered assistant
barber, who continues in
the active practice or
service, whose certificate
of registration was not
renewed on or before Nov-
ember 1, and who seeks to
have his expired certificate
of registration restored
within thirty days there-
after as provided in Section
20 of Article 734-a, Penal
Code, and makes a substantial
effort to qualify within said
time and but for some mere
irregularity would have fully
qualified within said time,
if the Texas Barber Board
restores the certificate of
the applicant the proper fee
to be charged is the sum of
$2.50.

This department has received a request for an opinion
from you in a letter dated December 19, 1940, from which we
quote:

"Section #20 of the Texas Barber Law pro-
vides that any registered barber may renew his
certificate on or before November 1 each year
by paying the renewal fee of $2.50. A register-
ed barber or registered assistant barber whose

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

State Board of Barber Examiners, Page 2

certificate of registration has expired, may,
within thirty days thereafter, and not later,
have his certificate of registration restored
upon making a satisfactory showing to the
Board, supported by his personal affidavit,
which, in the opinion of the Board, will ex-
cuse the applicant for having failed to re-
new his certificate within the time required
by this Act.

"Your opinion is respectfully requested
on the following question:

"If a certificate were received in this
office prior to December 1st, and had to be
returned for an affidavit or other require-
ments, such as correction of money order,
etc., and failed to return it to this office
until after December 1, may we then renew
that certificate for the $2.50 fee, or must
we again return it and ask for the prescribed
$5.00 reinstatement fee?"

In your written request you have not specified wheth-
er you have particular reference to a registered barber or a
registered assistant barber. However, in a telephone conversa-
tion with you, you further advised us that your request was
meant to cover situations wherein the applicant was a register-
ed barber as well as where the applicant was a registered as-
sistant barber. You stated further in your telephone conversa-
tion that your department had, in the past, restored the certi-
ficates of registered barbers as well as assistant barbers under
similiar facts given in your written request, and that in your
request for an opinion you were only interested in the amount
of money to be charged to the applicant where the Board does
restore his certificate.

Article 734-a of the Penal Code, of Texas, as found
in Vernon's Annotated Criminal Statutes, contains what is known
and referred to as "The Texas Barber Law." Section 20 thereof
provides as follows:

"Sec. 20. That every registered barber and
every registered assistant barber, who continues
in active practice or service, shall annually on

State Board of Barber Examiners, Page 3

or before the 1st day of November of each year renew his certificate of registration which shall be issued by the Board of Barber Examiners, upon the payment of a renewal fee of Two Dollars and Fifty Cents ($2.50). Every certificate of registration which has not been renewed prior to that date shall expire on the 1st day of November of that year. A registered barber or a registered assistant barber, whose certificate of registration has expired, may, within thirty (30) days thereafter, and not later, have his certificate of registration restored upon making a satisfactory showing to the Board, supported by his personal affidavit, which, in the opinion of the Board, will excuse the applicant for having failed to renew his certificate within the time required by this Act. Any registered barber who retires from the practice of barbering for not more than five (5) years may renew his certificate of registration by making proper showing to the Board, supported by his personal affidavit, which in the opinion of the Board would justify the Board in issuing a certificate to such applicant as upon an original application upon payment of a fee of five dollars ($5.00) when filing affidavit as fee for making examination."

The facts given in your request show that the applicant has made a substantial effort to comply with the law governing the restoration of an expired certificate within the thirty day period provided in the Statute and but for some mere irregularity he would have complied fully with the provisions thereof and within the time limit therein contained. Under these facts, and considering the provisions of Section 20, as quoted above, of Article 734-a of the Penal Code, and the other provisions of the Texas Barber Law, it is our opinion that where the Board restores an expired certificate of a registered or a registered assistant barber who continues in the active practice or service, the proper fee to be charged the applicant by the Board is the sum of Two Dollars and Fifty Cents ($2.50).

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED JAN 13, 1941

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

By Harold W. McCracken

Harold W. McCracken
Assistant